USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-3-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE, et al.,

                Plaintiffs,

-against-

SACHA NOAM BARON COHEN, et al.,

                Defendants.

19-cv-04977 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

    Defendants are ordered to answer or otherwise respond to the Complaint by June 17, 2019.

**SO ORDERED.**

Dated:  June 3, 2019

         New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**