USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _*6-19-19*_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

ROY STEWART MOORE, et al, :
:
Plaintiffs, :
:
-against- :   **1:19-cv-4977 (ALC)**
:
SACHA NOAM BARON COHEN, et al, :   **ORDER**
:
Defendant. :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On June 12, 2019, Defendants filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 37. Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiffs are ORDERED to respond to Defendants' letter motion by June 21, 2019, indicating their position on Defendants' contemplated motion.

**SO ORDERED.**

**Dated:   June 19, 2019**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**