```
                                              USDC SDNY
                                              DOCUMENT ELECTRONICALLY
UNITED STATES DISTRICT COURT                  FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC#: _____
-----------------------------------------x    DATE FILED: 6-21-19
    ROY STEWART MOORE, et al.             :
                                          :
                              Plaintiffs, :   1:19-cv-4977 (ALC)
                                          :
              -against-                   :   ORDER
                                          :
    SASHA NOAM BARON COHEN, et al.        :
                                          :
                              Defendants. :
                                          :
-----------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter dated June 19, 2019 and attached hereto.

Defendants are directed to file a response by June 27, 2019.

**SO ORDERED.**

**Dated:** June 21, 2019

New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF NEW YORK

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE,<br><br>       Plaintiffs,<br>v.<br><br>SASHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION,<br><br>       Defendants. | Civil Action No. 1:19-cv-4977 |

**PRAECIPE OF INTENT TO FILE PETITION FOR WRIT OF MANDAMUS TO THE U.S COURT OF APPEALS FOR THE D.C. CIRCUIT**

  Plaintiffs Roy Stewart Moore and Kayla Moore ("Plaintiffs") hereby inform the Court that they are in the process of preparing and filing a Petition for Writ of Mandamus to the U.S. Court of Appeals for the D.C. Circuit, and will be respectfully moving to stay these proceedings until resolution of their to be filed Petition. A contemporaneous motion to stay of the filing of Mr. Larry Klayman's application to be admitted *pro hac vice* (which counsel for Defendants has previously consented to), will also be requested.

  Out of respect and professional courtesy for the Court and the defendants, Plaintiffs hereby thought it prudent and correct to put them on notice at this time to avoid the potential unnecessary use of the valuable resources of the Court and the parties.

**Dated**: June 19, 2019

                  Respectfully Submitted,

                  /s/ Larry Klayman
                  _____
                  Larry Klayman, Esq.
                  KLAYMAN LAW GROUP, P.A.
                  2020 Pennsylvania Ave. NW # 800
                  Washington, D.C. 20006
                  (310) 595-0800
                  Email: leklayman@gmail.com

                  *Pro Hac Vice Application to be Submitted*

*Pending Disposition of Petition for Writ of Mandamus before the U.S. Court of Appeals for the District of Columbia Circuit And Rulings by this Court on to Be Filed Motions to Stay*

*District of Columbia Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing submitted for filing via Federal Express on June 19, 2019, and sent via U.S. mail to:

**Elizabeth A. McNamara**
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020