USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _7-2-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE AND KAYLA MOORE,

                  **Plaintiffs,**

-against-

SACHA NOAM BARON COHEN, et al.,

                  **Defendants.**

**19-cv-04977 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a pre-motion conference in this case on **August 1, 2019, at 1:00 p.m.** regarding Defendants' anticipated motion to dismiss and Plaintiffs' anticipated motion to stay. *See* ECF Nos. 37-38. Consistent with the Court's individual rules, Plaintiffs are directed to respond to the issues addressed in Defendants' pre-motion conference request letter on or before **July 16, 2019**. *See* ECF No. 37. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: July 2, 2019
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**