

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

July 9, 2019

**Via CM/ECF and Electronic Mail**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Moore, et al v. Cohen, et al.*, **1:19-cv-4977-ALC**

Dear Judge Carter:

    We represent Defendants Sacha Baron Cohen, Showtime Networks Inc. ("SNI"), and CBS Corporation ("CBS") (collectively, "Defendants") in the above-referenced case.  On July 3, 2019, the Court scheduled a pre-motion conference in this case for August 1, 2019, at 1:00 p.m. (ECF No. 41).  Because I have a conflict with another matter during the afternoon of August 1, Defendants respectfully request an adjournment of the conference to either the morning of August 1, 2019, or any time on August 2, 2019.  We have conferred with Plaintiff's counsel, and he has indicated that he is available during either those times.

    Please do not hesitate to contact us if the Court would like any further information.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/Elizabeth A. McNamara


cc:     Plaintiffs' counsel (via CM/ECF and email)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.