```
                                                          USDC SDNY
                                                          DOCUMENT ELECTRONICALLY
                                                          FILED
UNITED STATES DISTRICT COURT                              DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 7-19-19
```

-------------------------------------------------------- x
ROY MOORE ET AL,                              :
                                              :
                           Plaintiffs,        :
                                              :        19-cv-4977 (ALC)
            -against-                         :
                                              :        **ORDER**
SACHA BARON COHEN ET AL,                      :
                                              :
                           Defendants.        :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The pre-motion conference previously scheduled for August 1, 2019, at 1:00 p.m. is now scheduled for August 1, 2019, at 10:00 a.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated:   July 19, 2019
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**