**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: ___8-1-19___

| |
|---|
| ROY STEWART MOORE ET AL, |
| **Plaintiffs,** |
| -against- |
| SACHA NOAM BARON COHEN ET AL, |
| **Defendants.** |

19-cv-4977 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in the August 1, 2019 proceeding, Plaintiff's counsel should submit his

application to be admitted pro hac vice by August 8, 2019. Furthermore, the parties should submit a

joint status report by August 22, 2019 detailing settlement discussions and, if necessary, provide

proposed briefing schedules for the anticipated motion to stay and motion to dismiss.

**SO ORDERED.**

Dated:  August 1, 2019
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**