USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8-19-19__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Roy Stewart Moore et al.,

                **Plaintiffs,**

-against-

Sacha Noam Baron Cohen et al.,

                **Defendants.**

-----------------------------------------------------------x

1:19-cv-04977 (ALC)

**ORDER FOR ADMISSION PRO HAC VICE**

**ANDREW L. CARTER, JR., United States District Judge:**

The motion of Larry Klayman for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared he is a member in good standing of the bars of the District of Columbia and the state of Florida and that his contact information is as follows:

    Larry Klayman
    Klayman Law Group, P.A.
    2020 Pennsylvania Ave. NW #80
    Washington, D.C. 20006
    (310) 595-0800
    leklayman@gmail.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Roy Stewart Moore and Kayla Moore in the above-entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: August 19, 2019

New York, New York

ANDREW L. CARTER, JR.
United States District Judge