UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------------x

ROY STEWART MOORE and KAYLA MOORE,

                Plaintiffs,

- against -

SACHA NOAM BARON COHEN, SHOWTIME
NETWORKS, INC., AND CBS CORPORATION,

                Defendants.
----------------------------------------------------------------x

Index No. 19 Civ. 4977 (ALC)

ECF CASE

**NOTICE OF MOTION TO DISMISS**

*ORAL ARGUMENT REQUESTED*

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Elizabeth A. McNamara, sworn to September 12, 2019, the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, Defendants Sacha Baron Cohen, Showtime Networks Inc. and CBS Corporation, will move this Court, before the Honorable Andrew L. Carter, United States District Judge, Southern District of New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint with prejudice, and for such other and further relief as the Court shall deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling order entered by this Court on September 3, 2019 (ECF No. 49), opposing papers, if any, must be served upon the undersigned on or before October 15, 2019; and reply papers, if any, must be served on or before October 29, 2019.

Dated: September 12, 2019

                                          Respectfully Submitted,

                                          */s/ Elizabeth A. McNamara*

                                          DAVIS WRIGHT TREMAINE LLP

                                          Elizabeth A. McNamara
                                          Rachel F. Strom

Eric J. Feder

1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230
(212) 489-8340 (fax)


Of Counsel:

Russell Smith, Esq.
Jeff Holmes, Esq.
SMITH DEHN LLP
2500 Broadway
Building F, Suite F-125
Santa Monica, California  90404
(310) 396-9045
rsmith@smithdehn.com
jholmes@smithdehn.com

*Attorneys for Defendants*


TO:   Larry E. Klayman
      KLAYMAN LAW GROUP, P.A.
      2020 Pennsylvania Avenue, NW
      Suite 800
      Washington, DC 20006
      (310) 595-0800
      Fax: (202) 379-9289
      Email: leklayman@gmail.com

      *Attorneys for Plaintiffs*

2