**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROY STEWART MOORE, et al

Plaintiffs,

v.

SASHA NOAM BARON COHEN, et al

Defendants.

**Index No. 19 Civ. 4977 (ALC)**

**ORAL ARGUMENT REQUESTED**

## SUPPLEMENT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Roy Moore ("Judge Moore") and Kayla Moore ("Ms. Moore") (collectively "Plaintiffs") submit the following supplement to their Opposition to Defendants' Motion to Dismiss. The attached, Exhibit 1, is a copy of the letter referenced at page 1 of the Opposition, as well as ¶¶ 23-24 of the Complaint, putting Showtime and CBS on notice not to broadcast the alleged defamatory statements at issue.

**Dated**: October 29, 2019

Respectfully Submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
2020 Pennsylvania Ave NW # 800
Washington, D.C. 20006
(561) 558-5536
Email: leklayman@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on October 29, 2019.

*/s/ Larry Klayman*
Larry Klayman, Esq.

Mr. David Nevins
President & CEO
Showtime Networks, Inc.
1633 Broadway
New York, NY 10019

Leslie Moonves, CEO
CBS Corporation
51 W. 52nd Street
New, NY 10019

**RE:** *Fraudulently obtained interview with Judge Roy Moore*

Dear Mr. Nevins:

PLEASE BE ADVISED that my client, Judge Roy Moore, was fraudulently induced to fly to Washington, DC in mid-February 2018 for an interview with so-called Yerushalayim TV. I understand that Showtime and CBS intend to air this interview.

During that interview, Judge Moore signed a release. However, "[a] release obtained by fraud is void." *Taylor v. Dorough*, 547 So. 2d 536, 540 (Ala. 1989).

If CBS/Showtime airs an episode based on the above-referenced fraudulently obtained interview that defames my client, resort to appropriate legal remedies will follow.

This letter is a preemptive notice under § 6-5-186, Ala. Code 1975.

Sincerely,

Melissa L. Isaak

Isaak Law Firm
1290 Shellfield Rd
Enterprise, AL 36330

EE 136181280 US

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 36330
Scheduled Delivery Date (MM/DD/YY): 07/27/18
Postage: $24.70

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Date Accepted (MM/DD/YY): 07/26/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Time Accepted: 2:10 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $2.75
Live Animal Transportation Fee: $

**TO: (PLEASE PRINT)** PHONE ( )

Mr. David Nevins
President & CEO
Showtime Networks, Inc.
1633 Broadway
New York, NY 10019

ZIP + 4® (U.S. ADDRESSES ONLY) 1 0 0 1 9 -

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees:

Weight ☑ Flat Rate 2-1 lbs. ozs.
Acceptance Employee Initials: BS
$27.45

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   2-CUSTOMER CO

---

**CUSTOMER USE ONLY**
**FROM: (PLEASE PRINT)** PHONE (334) 770-4636

Isaak Law Firm
1290 Shellfield Rd
Enterprise, AL 36330

EE 136181276 US

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 36330
Scheduled Delivery Date (MM/DD/YY): 07/27/18
Postage: $24.70

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Date Accepted (MM/DD/YY): 07/26/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Time Accepted: 2:07 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

**TO: (PLEASE PRINT)** PHONE ( )

Leslie Moonves, CEO
CBS Corporation
51 W 52nd St
New York, NY 10019

ZIP + 4® (U.S. ADDRESSES ONLY) 1 0 0 1 9 -

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees:

Weight ☑ Flat Rate 2-1 lbs. ozs.
Acceptance Employee Initials: BS
$27.45

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   2-CUSTOMER CO

```
==================================
          ENTERPRISE
        616 GLOVER AVE
          ENTERPRISE
              AL
          36330-2008
          0127600330
07/26/2018    (800)275-8777    2:11 PM
==================================

==================================
Product              Sale        Final
Description          Qty         Price

PM Exp 1-Day          1         $24.70
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10019)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Date)
    (Friday 07/27/2018 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE136181276US)
PM Exp                1          $0.00
Insurance
    (Up to $100.00 included)
Return                1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940240038079567762)
PM Exp 1-Day          1         $24.70
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10019)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Date)
    (Friday 07/27/2018 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE136181280US)
PM Exp                1          $0.00
Insurance
    (Up to $100.00 included)
Return                1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940240038079567779)

Total                           $54.90

Cash                            $60.00
Change                          ($5.10)
```

Includes up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business