IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY STEWART MOORE, et al<br><br>Plaintiffs,<br>v.<br><br>SASHA NOAM BARON COHEN, et al<br><br>Defendants. | Index No. 19 Civ. 4977 (ALC) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs Roy Moore ("Judge Moore") and Kayla Moore ("Ms. Moore") (collectively "Plaintiffs") respectfully request oral argument to address the number of of misleading recitations of fact and mischaracterizations of law as reflected in Defendants' reply brief, as well as to answer any questions by this honorable Court.

**Dated**: November 25, 2019                    Respectfully Submitted,

                                                                                  /s/ *Larry Klayman*
                                                        Larry Klayman, Esq.
                                                        KLAYMAN LAW GROUP P.A.
                                                       2020 Pennsylvania Ave NW # 800
                                                       Washington, D.C. 20006
                                                       (561) 558-5536
                                                       Email: leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on November 25, 2019

*/s/ Larry Klayman*
Larry Klayman, Esq.