UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------x
ROY STEWART MOORE and KAYLA MOORE, :
: Index No. 19 Civ. 4977 (ALC)
             Plaintiffs, :
: **DEFENDANTS SHOWTIME**
- against - : **NETWORKS INC. AND CBS**
: **CORPORATION AMENDED**
SACHA NOAM BARON COHEN, SHOWTIME : **RULE 7.1 CORPORATE**
NETWORKS, INC., AND CBS CORPORATION, : **DISCLOSURE STATEMENT**
:
             Defendants. :
---------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Defendants, provides the following amended corporate disclosure statement certifying that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- As of December 4, 2019, Viacom Inc. merged with and into Defendant CBS Corporation with CBS Corporation continuing as the surviving corporation, now known as ViacomCBS Inc. ViacomCBS Inc. is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc. ViacomCBS Inc. is not aware of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

- Showtime Networks Inc. is a wholly owned subsidiary of ViacomCBS Inc.

Dated: January 10, 2020           Respectfully Submitted,

                                            */s/ Elizabeth A. McNamara*

                                            DAVIS WRIGHT TREMAINE LLP

                                            Elizabeth A. McNamara

Rachel F. Strom
Eric J. Feder

1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230
(212) 489-8340 (fax)

*Attorneys for Defendants*