# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY STEWART MOORE, et al<br><br>Plaintiffs,<br>v.<br><br>SASHA NOAM BARON COHEN, et al<br><br>Defendants. | Index No. 19 Civ. 4977 (ALC) |

## PLAINTIFFS' REQUEST FOR TELEPHONIC STATUS CONFERENCE

Plaintiffs Roy Moore ("Judge Moore") and Kayla Moore ("Ms. Moore") (collectively "Plaintiffs") respectfully request a telephonic status conference at this Court's earliest convenience.

**Dated**: February 26, 2020

Respectfully Submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
2020 Pennsylvania Ave NW # 800
Washington, D.C. 20006
(561) 558-5536
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on February 26, 2020

/s/ *Larry Klayman*