USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

ROY MOORE, ET AL,

                Plaintiffs,

-against-                    1:19-cv-4977-ALC

SASHA NOAM BARON COHEN, ET AL,    **ORDER**

                Defendants.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiffs requested a telephonic status conference on February 26, 2020. (ECF No. 61). Defendants have not responded. The Court will conduct a telephonic status conference in this matter on Monday, March 9, 2020 at 11:30 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:  March 5, 2020
         New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**