USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ROY STEWART MOORE AND KAYLA MOORE,

       Plaintiff,    1:19-cv-4977 (ALC)

  -against-        **ORDER**

SASHA NOAM BARON COHEN, et al

       Defendants

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

 The parties should submit supplemental letter briefing addressing only the two below issues:

(1) The status/existence of Yerushalayim TV at the time Plaintiff Moore signed the Consent Agreement; and
(2) The legal relationship between Yerushalayim TV and the Defendants at the time Plaintiff Moore signed the Consent Agreement.

 These letter briefs are to be submitted by **June 5, 2020.**

**SO ORDERED.**

*[signature: Andrew L. Carter]*

**Dated:** May 29, 2020

 New York, New York        **ANDREW L. CARTER, JR.**
                 **United States District Judge**