# KLAYMAN LAW GROUP
A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.  2020 Pennsylvania Ave. N.W., #800  Tel: 561-558-5336

Washington, DC, 20006

Fax: 202-379-9289

June 5, 2020

**Via ECF**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Moore, et al. v. Cohen, et al.*, **1:19-cv-4977-ALC and the Court's Order of May 29, 2020 Addressing Two (2) Issues**

Dear Judge Carter:

Pursuant to Your Honor's Order of May 29, 2020 concerning "(1) [t]he status/existence of Yerushalayim TV at the time Plaintiff Moore signed the Consent Agreement; and (2) [t]he legal relationship between Yerushalayim TV and the Defendants at the time Plaintiff Moore signed the Consent Agreement[,]" Plaintiffs Judge Moore and Kayla Moore hereby respectfully submit the following based on the compelling facts and law of this case:

First and foremost, respectfully, the Court's inquiry is not germane to the overriding issue that disposes of the Court's inquiry.

Based on the express terms of the Consent Agreement, which was signed by Judge Moore and Yerushalayim TV ("YTV"), there was no waiver as to "any allegedly sexual oriented or offensive behavior or questioning." This portion of the Consent Agreement was crossed out by Judge Moore, and subsequently, this version of the Consent Agreement was agreed to and signed by YTV. Thus, based on simple, indisputable contract law, any claims arising from "any allegedly sexual oriented or offensive behavior or questioning" were not waived by Judge Moore. It is also indisputable that falsely and maliciously accusing an individual of being a pedophile on television falls under "any allegedly sexual oriented or offensive behavior or questioning." Thus, it simply does not matter who or what YTV was at the time, or who it was owned or operated by. The Consent Agreement does not govern this case, as shown by the express terms of the Consent Agreement itself.

Second, as set forth in Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF No. 55, the fundamental legal principle that a release does not extend to claims that a party does not know or suspect at the time of executing the release is deeply rooted in American law. For

1

example, in a landmark decision styled *E*Trade Fin. Corp. v. Deutsche Bank AG*, 420 F. Supp. 2d 273 (S.D.N.Y. 2006), the Court held unequivocally:

> A release that employs general terms will not bar claims outside the parties' contemplation at the time the release was executed. New York law does not construe a general release to bar claims for injuries unknown at the time the release was executed, even when the release contains broad language (internal citations omitted); Cal. Civ. Code § 1542 (West 2005) [] ("A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.")

*Id*. at 284 (emphasis added); *see also Maddaloni Jewelers, Inc. v. Rolex Watch U.S.A., Inc*., 354 F. Supp. 2d 293, 299 (S.D.N.Y. 2004). "It is also a firm principle of New York law that it is less likely that claims are covered by a general release if they are unknown at the time of the release." A*ctrade Liquidation Trust v. Greenich Ins. Co. (In re Actrade Fin. Techs. Ltd*.), 424 B.R. 59 (S.D.N.Y. 2009).

IMPORTANTLY, AS SET FORTH ABOVE, NEW YORK LAW FOLLOWS AND THUS INCORPORATES CAL. CIV. CODE SECTION 1542, WHICH IS CRYSTAL CLEAR ON THIS POINT.

The Consent Agreement here is a "textbook" example of an improper and disallowed general release. Plaintiffs never intended to even appear on "Who is America?" much less be falsely accused of pedophilia before a world-wide audience.

Third, Defendant Cohen's name does not appear anywhere on YTV's initial filing with the Wyoming Secretary of State. See Exhibit 1. According to the Articles of Organization, the organizer of YTV was Jenifer Wallis. Defendant Cohen's name is nowhere to be found on YTV's Articles of Organization, much less CBS or Showtime. Additionally, as further evidence that YTV was nothing but a ruse to trick Judge Moore and others, it appears to have been dissolved in December of 2019. See Exhibit 2.

The U.S. District Court for the District of Columbia's ("D.C. Court") rationale for finding that Defendants could enforce the transfer provision of the Consent Agreement appears to have been based solely on the self-serving declaration of Todd Schulman. ECF No. 6-1 (Motion to Transfer). At the April 29, 2029 hearing, the D.C. Court held found, "Defendant submitted a declaration from the executive producer of the program which states this YTV is only owned by defendant Cohen. It's only owned through the production company which owns the program and licenses it that's a licensee then to defendant Showtime and CBS." At a minimum, Plaintiffs should be allowed to depose Mr. Schulman, as well as Defendant Cohen, should the Court determine that the issue of YTV's ownership is germane to the facts of the case.

BUT THIS IS UNNECESSARY IN ANY EVENT, AS THE CONSENT AGREEMENT DOES NOT APPLY GIVEN THE MEETING OF THE MINDS OF THE PARTIES WHO

EXPLICITLY AGREED THAT THERE NOT  BE "ANY SEXUAL ORIENTED OR OFFENSIVE BEHAVIOR OR QUESTIONING!

In sum, while it is apparent from YTV's formation documents that Defendant Cohen is not mentioned or listed, the Court need not even take this into account, as the Consent Agreement clearly does not govern this case. Judge Moore, at the time, had the foresight to not waive any claims pertaining to "any allegedly sexual oriented or offensive behavior or questioning." This was agreed to by YTV. Thus, the Consent Agreement is inoperative given the facts of the case.

This honorable Court must now allow this case to finally move forward.

Respectfully,


_/s/ Larry Klayman_____
Larry Klayman, Esq.
Counsel for Chief Justice Roy Moore

cc: Defendants' counsel

# EXHIBIT 1


Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
Ed Murray, WY Secretary of State
FILED: Oct 6 2017 11:08AM
Original ID: 2017-000771418

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**
YERUSHALAYIM TELEVISION, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**
Hirst Applegate Registered Agent Services, Inc.
1720 Carey Ave Ste 400
Cheyenne, WY 82001

**III. The mailing address of the limited liability company is:**
900 Wilshire Blvd.
Suite 1000
Beverly Hills, CA 90212

**IV. The principal office address of the limited liability company is:**
900 Wilshire Blvd
Suite 1000
Beverly Hills, CA 90212

**V. The organizer of the limited liability company is:**
Jenifer Wallis
801 S. Figueroa St., 15th flr, Los Angeles, CA 90017

| | | |
|---|---|---|
| Signature: | *Jenifer Wallis* | Date: **10/06/2017** |
| Print Name: | **Jenifer Wallis** | |
| Title: | **Attorney of record for LLC** | |
| Email: | **jcw@manningllp.com** | |
| Daytime Phone #: | **(213) 553-2494** | |



**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | | |
|---|---|---|---|
| Signature: | *Jenifer Wallis* | Date: | 10/06/2017 |
| Print Name: | Jenifer Wallis | | |
| Title: | Attorney of record for LLC | | |
| Email: | jcw@manningllp.com | | |
| Daytime Phone #: | (213) 553-2494 | | |

Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Hirst Applegate Registered Agent Services, Inc.**, whose registered office is located at **1720 Carey Ave Ste 400, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **YERUSHALAYIM TELEVISION, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | | |
|---|---|---|---|
| Signature: | *Jenifer Wallis* | Date: | **10/06/2017** |
| Print Name: | **Jenifer Wallis** | | |
| Title: | **Attorney of record for LLC** | | |
| Email: | **jcw@manningllp.com** | | |
| Daytime Phone #: | **(213) 553-2494** | | |

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**YERUSHALAYIM TELEVISION, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **6th** day of **October, 2017** at **11:08 AM.**

Remainder intentionally left blank.



Filed Date: 10/06/2017

_____
Secretary of State

Filed Online By:

Jenifer Wallis

on 10/06/2017

EXHIBIT 2

## STATE OF WYOMING ∗ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **YERUSHALAYIM TELEVISION, LLC** |
| **Filing ID** | 2017-000771418 |
| Type | Limited Liability Company |

| | |
|---|---|
| Status | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 10/06/2017 11:08 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 12/09/2019 |

### Principal Address

900 Wilshire Blvd
Suite 1000
Beverly Hills, CA 90212

### Mailing Address

900 Wilshire Blvd.
Suite 1000
Beverly Hills, CA 90212

### Registered Agent Address

Hirst Applegate Registered Agent Services, Inc.
1720 Carey Ave Ste 400
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Jenifer Wallis  801 S. Figueroa St., 15th flr, Los Angeles, CA 90017 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **YERUSHALAYIM TELEVISION, LLC** |
| **Filing ID** | 2017-000771418 |
| Type | Limited Liability Company |
| Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2018 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 03965310 |
| AR Date | 11/14/2018 5:49 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

| Principal Address | Mailing Address |
|---|---|
| 900 Wilshire Blvd<br>Suite 1000<br>Beverly Hills, CA 90212 | 900 Wilshire Blvd.<br>Suite 1000<br>Beverly Hills, CA 90212 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 03965310 | Original | 11/14/2018 | 2018 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2019-002705779 | Dissolution / Revocation - Tax | 12/09/2019 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 12/09/2019 | |
| 2019-002656956 | Delinquency Notice - Tax | 10/02/2019 |
| 2018-002380715 | Delinquency Notice - Tax | 10/02/2018 |
| See Filing ID | Initial Filing | 10/06/2017 |