USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**MOORE ET AL,**

                    **Plaintiff,**

          -against-                       **1:19-cv-04977-ALC**

**COHEN ET AL,**                                  **ORDER**

                    **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on June 30, 2020 at 11:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** June 26, 2020

      New York, New York                             **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**