

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

June 29, 2020

**Via CM/ECF and Electronic Mail**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Moore, et al v. Cohen, et al.*, **1:19-cv-4977-ALC**

Dear Judge Carter:

    We represent Defendants Sacha Baron Cohen, Showtime Networks Inc. ("SNI"), and CBS Corporation ("CBS") (collectively, "Defendants") in the above-referenced case. On Friday, June 26, 2020, the Court scheduled a conference in this case for Tuesday, June 30, at 10:00 a.m. (ECF No. 69). Because I have an argument in another action during that time, Defendants respectfully request an adjournment of the conference to any time on Wednesday, July 1 except for 12:30 to 2:30 p.m. or anytime Thursday July 2 or anytime on Friday July 3.

    We have conferred with Plaintiff's counsel, and he has indicated that he is available during those times. This is our first request for an adjournment of this conference.

    Please do not hesitate to contact us if the Court would like any further information.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/Elizabeth A. McNamara


cc:     Plaintiffs' counsel (via CM/ECF and email)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.