```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/29/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------  x
                                                             :
**MOORE ET AL,**                                             :
                                                             :
              **Plaintiff,**   :
                                                             :
     -against-                              :   **1:19-cv-4977-ALC**
                                                             :
**COHEN ET AL,**                                             :   **ORDER**
                                                             :
            **Defendants.**  :
                                                             :
                                                             :
-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

    The telephone conference previously scheduled for June 30 2020 at 11:00 a.m. is ADJOURNED to July 2, 2020 at 10:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** June 29, 2020
      New York, New York                      **ANDREW L. CARTER, JR.**
                                                                           **United States District Judge**