# KLAYMAN LAW GROUP
## A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.

2020 Pennsylvania Ave. N.W., #800
Washington, DC, 20006

Tel: 561-558-5336
Fax: 202-379-9289

July 2, 2020

**<u>Via ECF</u>**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Moore, et al v. Cohen et al.,* **1:19-cv-4977-ALC**

Dear Judge Carter:

   Defendants' letter filed late this afternoon misrepresents Your Honor's ruling of today, denying their motion to dismiss. Plaintiffs have ordered a copy of today's transcript setting forth Your Honor's ruling.

   Following the July 4th holiday, Plaintiffs will respond substantively to this misleading letter, apparently filed for public consumption and the media.

   Have a nice holiday weekend.

Sincerely,

Larry Klayman
cc: Defendants' counsel

1