USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _7/8/20_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| MOORE et al, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **1:19-cv-4977 (ALC)** |
| -against- | : | |
| | : | **ORDER** |
| COHEN et al, | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter and Plaintiffs' response. (ECF Nos. 72-74).

The motion to dismiss is denied in its entirety. Defendants may raise the issues addressed in their

letter in a subsequent motion for summary judgment. If there is any discovery regarding

Defendants' First Amendment argument, that discovery should take place at the same time as the

discovery related to the Consent Agreement. Defendants' letter will not be struck from the record.

**SO ORDERED.**

**Dated:**  July 8, 2020

New York, New York

        **ANDREW L. CARTER, JR.**
        **United States District Judge**