```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/22/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
**MOORE ET AL,**                                           :
                                                           :
                    **Plaintiffs,**    :
                                                           :
        **-against-**                              :    1:19-cv-04977-ALC
                                                           :
**COHEN ET AL,**                                           :    <u>ORDER</u>
                                                           :
                    **Defendants.**    :
                                                           :
                                                           :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will conduct a telephone status conference in this action on July 24, 2020 at 2:30 p.m. The parties should be prepared to discuss the discovery issues raised in the parties' joint letter. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** July 22, 2020
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**