# KLAYMAN LAW GROUP
### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.　　　2020 Pennsylvania Ave. N.W., #800　　　Tel: 310-595-0800
　　　　　　　　　　　　　Washington, DC, 20006　　　　　　　　　　Fax: 202-379-9289

July 23, 2020

**VIA CM/ECF and Email**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York NY 10007

**Re**:　　**Consent Motion to Reschedule Telephonic Status Conference in *Moore, et al v. Cohen, et al.*, 1:19-cv-4977**

Dear Judge Carter,

　　On behalf of Plaintiffs Roy Moore and Kayla Moore ("Plaintiffs"), we respectfully request that the telephonic status conference currently set for July 24, 2020 at 2:30 p.m. be rescheduled to the following week. The reason for this request is that the undersigned counsel is part of a wedding ceremony that is taking place at the same time and date.

　　Counsel for Defendants have consented to Plaintiffs' motion and have indicated that they are available on Monday July 26 at any time, Tuesday July 27 before 2:00 p.m. and on Friday July 31 at any time. Plaintiffs are also available at those times. Plaintiffs wish to thanks the Court for its courtesy and consideration.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Larry Klayman_____
　　　　　　　　　　　　　　　　　　　　　Klayman Law Group P.A.
　　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave NW #800
　　　　　　　　　　　　　　　　　　　　　Washington, DC, 20006
　　　　　　　　　　　　　　　　　　　　　leklayman@gmail.com
　　　　　　　　　　　　　　　　　　　　　561-558-5336


　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Cc:　　Defendant's counsel (via CM/ECF and email)