**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/24/20

# KLAYMAN LAW GROUP
### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.         2020 Pennsylvania Ave. N.W., #800         Tel: 310-595-0800
                            Washington, DC, 20006                    Fax: 202-379-9289

July 23, 2020

**VIA CM/ECF and Email**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York NY 10007

**Re**:   **Consent Motion to Reschedule Telephonic Status Conference in *Moore, et al v. Cohen, et al.*, 1:19-cv-4977**

Dear Judge Carter,

On behalf of Plaintiffs Roy Moore and Kayla Moore ("Plaintiffs"), we respectfully request that the telephonic status conference currently set for July 24, 2020 at 2:30 p.m. be rescheduled to the following week. The reason for this request is that the undersigned counsel is part of a wedding ceremony that is taking place at the same time and date.

Counsel for Defendants have consented to Plaintiffs' motion and have indicated that they are available on Monday July 26 at any time, Tuesday July 27 before 2:00 p.m. and on Friday July 31 at any time. Plaintiffs are also available at those times. Plaintiffs wish to thanks the Court for its courtesy and consideration.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/24/20
The telephone conference scheduled for July 24, 2020 at 2:30 p.m. is ADJOURNED to July 31, 2020 at 3:00 p.m.

Respectfully Submitted,

/s/ Larry Klayman_____
Klayman Law Group P.A.
2020 Pennsylvania Ave NW #800
Washington, DC, 20006
leklayman@gmail.com
561-558-5336

Attorney for Plaintiffs

Cc:   Defendant's counsel (via CM/ECF and email)