# KLAYMAN LAW GROUP
### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.  
leklayman@gmail.com

7050 W. Palmetto Park Rd. Ste. 307  
Boca Raton, FL 33433

Tel: 561-558-5336

September 16, 2020

**Via ECF and Electronic Mail**

Hon. Andrew L. Carter, Jr.  
U.S. District Court for the Southern District of New York  
40 Foley Square  
New York, NY 10007

**Re:** *Moore, et al v. Cohen et al.,* **1:19-cv-4977-ALC: Plaintiffs' Status Report**

Dear Judge Carter:

      Pursuant to this Court's directive of July 31, 2020 at the last status conference, Plaintiffs respectfully submit the following status report:

      Plaintiffs are currently in the process of drafting and serving next week requests to produce and interrogatories, which will then be followed by deposition testimony. Plaintiffs will confer with Defendants on their intentions and report back to the Court by COB this Tuesday, September 22, 2020, as a supplement to this status report.

Sincerely,

/s/ Larry Klayman

Larry Klayman, Esq.  
cc: Defendants' Counsel

1