

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

September 16, 2020

**Via CM/ECF and Electronic Mail**

Hon. Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Moore, et al v. Cohen, et al.*, **1:19-cv-4977-ALC**

Dear Judge Carter:

     We represent Defendants Sacha Baron Cohen, Showtime Networks Inc. ("SNI"), and CBS Corporation ("CBS") (collectively, "Defendants") in the above-referenced case.  Pursuant to the Court's directive of July 31, 2020, Defendants respectfully submit the following status report:

     Defendants are in the process of preparing discovery requests of Plaintiffs, including Requests for Production of Documents and Interrogatories, and will be serving them next week. Defendants are prepared to confer further with Plaintiffs on any issues that they may raise in advance of the supplemental joint report that Plaintiffs stated that they intend to file on September 22.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/Elizabeth A. McNamara


cc:     Plaintiffs' counsel (via CM/ECF and email)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.