# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE, et al

                Plaintiffs,

v.

SASHA NOAM BARON COHEN, et al

                Defendants.

Index No. 19 Civ. 4977 (ALC)

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs Roy Moore ("Judge Moore") and Kayla Moore ("Ms. Moore") (collectively "Plaintiffs") hereby move for a ten day extension of time to submit responses to Defendants' discovery request, until and including October 29, 2020.

The reason for this request is that the undersigned counsel is going through an extremely heavy litigation period, compounded by communication difficulties arising from his staff remotely working during the COVID-19 pandemic.

Plaintiffs have asked for consent and Defendants have agreed to a mutual ten-day extension. Plaintiffs consent to this as well. No further extensions will be requested.

**Dated**: October 19, 2020                               Respectfully Submitted,

                                                              /s/ *Larry Klayman*
                                                             Larry Klayman, Esq.
                                                             KLAYMAN LAW GROUP P.A.
                                                             7050 W. Palmetto Park Rd
                                                             Boca Raton FL 33433
                                                             (561) 558-5336
                                                           Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on October 19, 2020.

>/s/ Larry Klayman
>Larry Klayman, Esq.