```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
ROY STEWART MOORE and KAYLA MOORE,                   :
                                                     :
                          Plaintiffs,                :
                                                     :        19-CV-4977 (JPC)
            -v-                                      :
                                                     :           ORDER
SACHA NOAM BARON COHEN et al.,                       :
                                                     :
                          Defendants.                :
                                                     :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the parties' letters of yesterday and today raising discovery disputes in this matter, specifically Plaintiffs' letter dated December 14, 2020 (Dkt. 98); Defendants' letter dated December 14, 2020 (Dkt. 99); and Plaintiffs' supplemental letter dated December 15, 2020 (Dkt. 100).

The Court orders Defendants to file a letter on ECF responding to Plaintiffs' request for Defendant Cohen's deposition no later than December 17, 2020 at 12:00 p.m.  In that letter, Defendants shall articulate their position, supported by legal authority, for whether Plaintiffs should be permitted to conduct a deposition of Defendant Cohen during the Court-ordered limited discovery in connection with Defendants' anticipated motion for summary judgment relating to the terms of the Standard Consent Agreement and the First Amendment.

Further, counsel for all parties are hereby ordered to appear before the undersigned for a Local Rule 37.2 Conference on December 18, 2020, at 1 p.m. to address the discovery disputes raised in the parties' letters, primarily whether the Court should issue a protective order pursuant to Federal Rule of Civil Procedure 26(c) and whether the Court should order a deposition of Defendant Cohen at this stage.  In connection with the former, Defendants should be prepared to

discuss what categories of materials they anticipate producing that would constitute "Confidential Material" and "Attorneys' Eyes Only Material" under their proposed protective order. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: December 15, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2