UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

ROY STEWART MOORE and KAYLA MOORE,

              Plaintiffs,

      - against -

SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION,

              Defendants.

------------------------------------------------------------x

Index No. 19 Civ. 4977 (JPC)

ECF CASE

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

*ORAL ARGUMENT REQUESTED*

**PLEASE TAKE NOTICE** that Defendants Sacha Baron Cohen, Showtime Networks Inc. and CBS Corporation n/k/a ViacomCBS Inc. will move this Court, before the Honorable John P. Cronan, United States District Judge, Southern District of New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint with prejudice, and for such other and further relief as the Court shall deem just and proper.  In support of this motion, Defendants rely upon the accompanying (1) Memorandum of Law in Support of Defendants' Motion for Summary Judgment, (2) Statement of Undisputed Material Facts, (3) Declaration of Brendan Countee and exhibits annexed thereto, (4) Declaration of Todd Schulman and exhibits annexed thereto, and (5) Declaration of Elizabeth McNamara and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to the schedule ordered by this Court on at the December 3, 2020 hearing, opposing papers, if any, must be served upon the undersigned on or before March 1, 2021; and reply papers, if any, must be served on or before March 8, 2021.  Any oral argument will occur on a date and at a time designated by the Court.

Dated: February 8, 2021

Respectfully Submitted,

*/s/ Elizabeth A. McNamara*

DAVIS WRIGHT TREMAINE LLP

Elizabeth A. McNamara
Rachel F. Strom
Eric J. Feder
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230
(212) 489-8340 (fax)

Of Counsel:

Russell Smith, Esq.
Jeff Holmes, Esq.
SMITH DEHN LLP
2500 Broadway
Building F, Suite F-125
Santa Monica, California  90404
(310) 396-9045
rsmith@smithdehn.com
jholmes@smithdehn.com

*Attorneys for Defendants*

TO:   Larry E. Klayman
      KLAYMAN LAW GROUP, P.A.
      2020 Pennsylvania Avenue, NW
      Suite 800
      Washington, DC 20006
      (310) 595-0800
      Fax: (202) 379-9289
      Email: leklayman@gmail.com

      *Attorneys for Plaintiffs*