# EXHIBIT 2

# VIDEO FILES SEPARATELY SUBMITTED TO THE CLERK OF COURT