# EXHIBIT 1

Message

| | |
|---|---|
| **From:** | Daniel Nuzzi [daniel.j.nuzzi@gmail.com] |
| on behalf of | Daniel Nuzzi <daniel.j.nuzzi@gmail.com> [daniel.j.nuzzi@gmail.com] |
| **Sent:** | 2/11/2018 12:34:55 PM |
| **To:** | Andrew Bromley [asbromley5@gmail.com] |
| **CC:** | Julia Pyzik [julia.pyzik@gmail.com] |
| **Subject:** | Fwd: Your Flight Receipt - KAYLA K MOORE 13FEB18 |

FYI....

--
Daniel Nuzzi
Production Coordinator
First Crew Films
█████████ - Office
daniel.j.nuzzi@gmail.com


Begin forwarded message:

**From:** "Delta Air Lines" <DeltaAirLines@e.delta.com>
**Subject: Your Flight Receipt - KAYLA K MOORE 13FEB18**
**Date:** February 11, 2018 at 3:31:04 PM EST
**To:** daniel.j.nuzzi@gmail.com
**Reply-To:** "Delta Air Lines" <support-b2c86m4bfpayqkauzqx8kqqcqwwajb@e.delta.com>



Hello, KAYLA K

Your Trip Confirmation #: F9M2XM

| Tue, 13FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 3590*<br>Main Cabin (K) | MONTGOMERY, AL<br>6:25pm | ATLANTA<br>8:30pm |
| DELTA 1625<br>First Class (A) | ATLANTA<br>10:25pm | BALTIMORE, MD<br>12:16am<br>**Wed 14FEB |

| Wed, 14FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 875<br>First Class (A) | BALTIMORE, MD<br>7:37pm | ATLANTA<br>9:45pm |
| DELTA 3589*<br>Main Cabin (K) | ATLANTA<br>11:33pm | MONTGOMERY, AL<br>11:30pm |

\*\*Arrival date is different than departure date.
\*Flight 3590 Operated by SKYWEST DBA DELTA CONNECTION
\*Flight 3589 Operated by SKYWEST DBA DELTA CONNECTION

### AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| KAYLA K MOORE | DELTA 3590 | 03D |
| | DELTA 1625 | 04D |
| | DELTA 875 | 04D |
| | DELTA 3589 | 04A |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062313138918

Place of Issue: Delta.com

Ticket Issue Date: 11FEB18

Ticket Expiration Date: 11FEB19

**METHOD OF PAYMENT**

VI************4975                                                                 **$1034.00 USD**

**CHARGES**

**Air Transportation Charges**

| | |
|---|---:|
| Base Fare | $919.07 USD |

**Taxes, Fees and Charges**

| | |
|---|---:|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $68.93 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.80 USD |
| **TICKET AMOUNT** | **$1034.00 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MGM DL X/ATL DL BWI459.54KR0NA0FL DL X/ATL DL MGM459.53KR0NA0FL USD919.07END ZP MGMATLBWIATL XF MGM4.5ATL4.5BWI4.5ATL4.5

## Miscellaneous Service and Fees: RFIC: I

Document #: ████████

Date of issue: 11FEB18

This document expires: 12FEB19

| | |
|---|---:|
| MAIN CABIN PREFERRED SEAT | 9.00 USD |
| MAIN CABIN PREFERRED SEAT | 9.00 USD |
| **TOTAL TAX** | |
| **TOTAL** | **18.00 USD** |
| Payment Method | VI************4975 |
| Routing | MGM-ATL-MGM |

NON REFUNDABLE/NO CHANGES/NON TRANSFERABLE/NOT VALID FOR TRAVEL

Important Note: Retain this receipt for your records. If travel or check-in commences on a carrier other than Delta, this receipt must be presented at the time of service or a fee will be assessed. If purchasing Delta Sky Club memberships, all Delta SkyMiles and Delta Sky Club rules apply.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Tue 13 Feb 2018         DELTA: MGM ▯ ATL

DEF0000113

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Tue 13 Feb 2018     DELTA: ATL ⇒ BWI

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

Wed 14 Feb 2018     DELTA: BWI ⇒ ATL

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Wed 14 Feb 2018     DELTA: ATL ⇒ MGM

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### EARN MILES WITH AIRBNB. ›

Book your Airbnb via deltaairbnb.com and earn miles on all stays. Plus, new guests also get $25 toward first qualifying booking. Terms Apply.

### BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.



We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, or rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit delta.com/emailprograms or delta.com/notifications.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2018 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

DEF0000116

**Message**

| | |
|---|---|
| **From:** | Daniel Nuzzi [daniel.j.nuzzi@gmail.com] |
| **on behalf of** | Daniel Nuzzi <daniel.j.nuzzi@gmail.com> [daniel.j.nuzzi@gmail.com] |
| **Sent:** | 2/11/2018 12:33:45 PM |
| **To:** | Andrew Bromley [asbromley5@gmail.com]; Julia Pyzik [julia.pyzik@gmail.com] |
| **Subject:** | Fwd: Your Flight Receipt - ROY S MOORE 13FEB18 |

FYI....

--
Daniel Nuzzi
Production Coordinator
First Crew Films
███████████ - Office
daniel.j.nuzzi@gmail.com


Begin forwarded message:

**From:** "Delta Air Lines" <DeltaAirLines@e.delta.com>
**Subject: Your Flight Receipt - ROY S MOORE 13FEB18**
**Date:** February 11, 2018 at 3:31:05 PM EST
**To:** daniel.j.nuzzi@gmail.com
**Reply-To:** "Delta Air Lines" <support-b2c86m4bfpayqkauzqx8kqqcqwwajb@e.delta.com>

Hello, ROY S

Your Trip Confirmation #: F9M2XM

| Tue, 13FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 3590*<br>Main Cabin (K) | MONTGOMERY, AL<br>6:25pm | ATLANTA<br>8:30pm |
| DELTA 1625<br>First Class (A) | ATLANTA<br>10:25pm | BALTIMORE, MD<br>12:16am<br>**Wed 14FEB |

| Wed, 14FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 875<br>First Class (A) | BALTIMORE, MD<br>7:37pm | ATLANTA<br>9:45pm |
| DELTA 3589*<br>Main Cabin (K) | ATLANTA<br>11:33pm | MONTGOMERY, AL<br>11:30pm |

**Arrival date is different than departure date.

*Flight 3590 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 3589 Operated by SKYWEST DBA DELTA CONNECTION

### AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| ROY S MOORE | DELTA 3590 | 03C |
| | DELTA 1625 | 03D |
| | DELTA 875 | 03D |
| | DELTA 3589 | 04B |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062313138919

Place of Issue: Delta.com

Ticket Issue Date: 11FEB18

Ticket Expiration Date: 11FEB19

### METHOD OF PAYMENT

VI************4975                                          $1034.00 USD

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $919.07 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $68.93 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.80 USD |
| **TICKET AMOUNT** | **$1034.00 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MGM DL X/ATL DL BWI459.54KR0NA0FL DL X/ATL DL MGM459.53KR0NA0FL USD919.07END ZP MGMATLBWIATL XF MGM4.5ATL4.5BWI4.5ATL4.5

## Miscellaneous Service and Fees: RFIC: I

Document #: ███████████

Date of issue: 11FEB18

This document expires: 12FEB19

| | |
|---|---|
| MAIN CABIN PREFERRED SEAT | 9.00 USD |
| MAIN CABIN PREFERRED SEAT | 9.00 USD |
| **TOTAL TAX** | |
| **TOTAL** | **18.00 USD** |
| Payment Method | VI************4975 |
| Routing | MGM-ATL-MGM |

NON REFUNDABLE/NO CHANGES/NON TRANSFERABLE/NOT VALID FOR TRAVEL

Important Note: Retain this receipt for your records. If travel or check-in commences on a carrier other than Delta, this receipt must be presented at the time of service or a fee will be assessed. If purchasing Delta Sky Club memberships, all Delta SkyMiles® and Delta Sky Club® rules apply.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Tue 13 Feb 2018          DELTA: MGM ▸ ATL

DEF0000163

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Tue 13 Feb 2018 — DELTA: ATL ▢ BWI

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

---

Wed 14 Feb 2018 — DELTA: BWI ▢ ATL

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Wed 14 Feb 2018 — DELTA: ATL ▢ MGM

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

---

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### EARN MILES WITH AIRBNB. ›

Book your Airbnb via deltaairbnb.com and earn miles on all stays. Plus, new guests also get $25 toward first qualifying booking. Terms Apply.

### BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.



DEF0000164

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and

DEF0000165

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2018 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

DEF0000166