# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | Daniel Nuzzi [daniel.j.nuzzi@gmail.com] |
| on behalf of | Daniel Nuzzi <daniel.j.nuzzi@gmail.com> [daniel.j.nuzzi@gmail.com] |
| **Sent:** | 2/11/2018 11:14:50 AM |
| **To:** | Julia Pyzik [julia.pyzik@gmail.com]; Andrew Bromley [asbromley5@gmail.com] |
| **Subject:** | Fwd: Hotels.com booking confirmation 145340590567 - Mandarin Oriental, Washington D.C. - Washington |

Here is Roy Moore's Mandarin Oriental hotel for 2/13 in DC.

Best,

--
Daniel Nuzzi
Production Coordinator
First Crew Films
███████████ - Office
daniel.j.nuzzi@gmail.com


> Begin forwarded message:
>
> **From:** "Hotels.com" <confirmation@mail.hotels.com>
> **Subject: Hotels.com booking confirmation 145340590567 - Mandarin Oriental, Washington D.C. - Washington**
> **Date:** February 11, 2018 at 2:11:25 PM EST
> **To:** <daniel.j.nuzzi@gmail.com>



Dear Kayla, your reservation is guaranteed and all paid for.

Manage booking    Print receipt    Book again

Mandarin Oriental, Washington D.C.

1330 Maryland Ave, SW
Washington
20024
DC
US

+12025548588

DEF0000143

| | |
|---|---|
| Hotels.com confirmation number | 145340590567 |
| Check-in | Tuesday, February 13, 2018  (3 PM) |
| Check-out | Wednesday, February 14, 2018  (noon) |
| Your stay | 1 night, 1 room |
| Cancellation policy | Free cancellation until 02/12/18 4:00 PM (GMT-05:00) |
| Amount paid | $419.49 |

 **Use our app for paperless check in.**
Need access to this confirmation offline? Get our app.

Download app now

# Hotel Details

Mandarin Oriental, Washington D.C.

1330 Maryland Ave, SW, Washington, 20024, DC, US Phone: +12025548588

| | |
|---|---|
| Required at check-in | • Credit card or cash deposit required |
| | • Government-issued photo ID required |
| | • Minimum check-in age is 18 |

# Room details

| | |
|---|---|
| Room | Deluxe Room, 1 King Bed, View (Water) |
| | Kayla Moore, 2 adults |
| Preferences | Non Smoking, King Bed |
| | **Please note**: Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges. |
| Facilities | **1 King Bed** |
| | 395-sq-foot (37-sq-meter) room with water views |

**Relax** - In-room massage available

**Internet** - WiFi and wired Internet access

**Entertainment** - 37-inch LED TV with premium channels, pay movies, DVD player

**Food & Drink** - 24-hour room service, minibar, refrigerator (on request), and free bottled water

**Sleep** - Pillowtop bed, Egyptian cotton linens, a down duvet, a pillow menu, and blackout drapes/curtains

**Bathroom** - Private bathroom, deep soaking bathtub, and separate shower with a rainfall showerhead

**Practical** - Laptop-compatible safe, free newspaper, and iron/ironing board; rollaway/extra beds and free cribs/infant beds available on request

**Comfort** - Air conditioning and daily housekeeping

Non-Smoking

Connecting/adjoining rooms can be requested, subject to availability

## Payment details

| | | |
|---|---|---|
| **Price for room 1** | **Tuesday**, February 13, 2018 | $365.41 |
| Tax recovery charges and service fees | | $54.08 |
| **Total amount paid** | | **$419.49** |

 Thank you for paying using your Visa ending in 4975. Your booking is guaranteed.
You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

| | |
|---|---|
| **Cancellation policy** | **Free cancellation until 02/12/18**<br>If you change or cancel your booking after 4:00 PM, 02/12/18 (Eastern Standard Time) you will be charged for 1 night (including tax)<br>We will not be able to refund any payment for no-shows or early check-out. |
| **Your contact details** | daniel.j.nuzzi@gmail.com, ▮▮▮▮▮▮ |

## Got a question?

If you've already checked in or have questions related to the property, contact Mandarin Oriental, Washington D.C. at +12025548588

For other questions, check out our FAQs, or call our Customer Service team:

**United States of America**:
Exclusive members-only number to speak with specially-trained Hotels.com Rewards customer service agents or email HRGold@hotels.com.
800-997-9148 Toll Free and 817-983-0665 (charges may apply)

You'll need your **Hotels.com Confirmation Number 145340590567.**

If you've got time we'd like to ask you 2 questions about your booking.

View our Terms & Conditions and Privacy Policy related to your booking. Please print a copy to keep for future reference.

©2002-2018 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA. Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

DEF0000146