# **EXHIBIT 7**

⑬

From: **Foundation for Moral Law, Inc.** info@morallaw.org
Subject: Receipt Foundation for Moral Law, Inc.
Date: February 20, 2018 at 3:51 PM
To: daniel.j.nuzzi@gmail.com



## Receipt

*Roy Moore Donation 2/20/18 $200.00*

**Important!**
This charge will appear as "FOUNDATION FOR MORAL LA" on your credit card statement. We recommend that you print a copy of this receipt for comparison with your credit card statement, as well as for your personal records.

Tuesday, February 20, 2018 [6:52:00 PM]

### Foundation for Moral Law, Inc.

P.O. Box 4086
Montgomery, Alabama 36103
United States of America
Email : rich.hobson@morallaw.org
Phone : (334) 262-1245

### Details

| Item Name | Price | Quantity | Total |
|---|---|---|---|
| My Tax-Deductible Donation | $200.00 | 1 | $200.00 |
| | | Subtotal | $200.00 |
| | | **Total** | **$200.00** |

### Transaction Summary

Order Number: 1802201851425893626
Authorization Code: 075013
Transaction Number: 1238473993
Name on Card: Daniel Nuzzi
MasterCard [xxxx xxxx xxxx 3926]

### Billing Information

Roy Moore
1041 N. Formosa Ave.
Writers Building Suite 11
West Hollywood, California 90046
United States
3232402543
daniel.j.nuzzi@gmail.com