# EXHIBIT 7



COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS







(800) 528-3335
NAEGELIUSA.COM

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE, et al

    Plaintiffs,

v.　　　　　　　　　　　　　　Index No. 19 Civ. 4977(ALC)

SACHA BARON COHEN, et al

    Defendants.
_____

**CONFIDENTIAL**

**REMOTE VIDEO DEPOSITION BY VIDEOCONFERENCE**

**SACHA NOAM BARON COHEN**

TAKEN ON
WEDNESDAY, JANUARY 13, 2021
2:01 P.M.

LOS ANGELES, CALIFORNIA

**APPEARANCES**

**Appearing on behalf of the Plaintiff:**

LARRY E. KLAYMAN, ESQUIRE

**Klayman Law Group, P.A.**

2020 Pennsylvania Avenue NW, Suite 345

Washington, DC 20006

(310) 595-0800

leklayman@gmail.com

**Appearing on behalf of the Plaintiff:**

MELISSA L. ISAAK, ESQUIRE

**Isaak Law Firm**

2815-B Zelda Road

Montgomery, AL 36106

(334) 262-8200

melissa@protectingmen.com

**APPEARANCES CONTINUED**

Appearing on behalf of the Defendants:
ELIZABETH A. MCNAMARA, ESQUIRE
**Davis Wright Tremaine, LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
(212) 489-8340 (Fax)
lizmcnamara@dwt.com

Appearing on behalf of the Defendants:
ERIC FEDER, ESQUIRE
**Davis Wright Tremaine, LLP**
1301 K Street NW, Suite 500 East
Washington, DC 20005
(202) 973-4273
(202) 973-4499 (Fax)
ericfeder@dwt.com

**APPEARANCES CONTINUED**

**Appearing on behalf of the Defendants:**

RUSSELL SMITH, ESQUIRE

**SmithDehn LLP**

381 Park Avenue South, 7th Floor

New York, NY 10016

(212) 370-1843

(866) 605-6760 (Fax)

rsmith@smithdehn.com

**Also Present:**

Roy Moore, Plaintiff

```
 1                            INDEX
 2                                                    Page
 3
 4  EXAMINATION BY MR. KLAYMAN                          10
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  CERTIFIED QUESTIONS
 2
 3  PAGE 11, LINE 3:
 4      Q.   In fact, in your show "Who Is America?" you
 5  deceived people to come on the show including my client,
 6  Moore.
 7
 8  PAGE 28 LINE 3:
 9       Q.   So someone else came -- are you saying
10  else came up with the concept first?
11
12  PAGE 36 LINE 1:
13      Q.   That's the character that you've used in
14  America?"; correct?  When you interviewed persons, you
15  in disguise; correct?
16
17  PAGE 40 LINE 17:
18      Q.   The reason that you had all of these companies
19  that we've listed, that you own them, is to insulate
20  yourself from personal liability; correct?
21
22  PAGE 51 LINE 25
23      Q.   What -- what did Yerushalayim TV do to reach
24  Hasidic community when it was in existence?
25
```



```
 1                        EXHIBITS
 2   Exhibit                                              Page
 3
 4      1        CONSENT AGREEMENT                          13
 5
 6      2        DEFENDANTS PRODUCED DOCUMENTS              45
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CONFIDENTIAL

 2       REMOTE VIDEO DEPOSITION BY VIDEOCONFERENCE

 3                SACHA NOAM BARON COHEN

 4                      TAKEN ON

 5              WEDNESDAY, JANUARY 13, 2021

 6                      2:01 P.M.

 7

 8         THE VIDEOGRAPHER:  We are on the record.
 9   The time is 2:01 p.m.  The date is January 13th,
10   2021. This is the beginning of the deposition of
11   Sacha Baron Cohen.  The case caption is Roy Moore
12   vs. Sacha Baron Cohen. Will counsel introduce
13   yourselves and state whom  you represent.
14         MR. KLAYMAN:  Larry Klayman for the
15   plaintiffs, Chief Justice Roy Moore and Kayla Moore,
16   his wife.  And with me is Melissa Isaak.  She may
17   introduce herself too.  She is of counsel to me and
18   also counsel to Chief Justice Roy Moore and Kayla
19   Moore.
20         MS. MCNAMARA:  I'm Elizabeth McNamara of
21   Davis Wright Tremaine representing all the
22   defendants in this action including the witness.
23   And I have with me my colleague Eric Feder and also
24   Russell Smith who is an individual attorney for Mr.
25   Baron Cohen.
```



1          **MR. KLAYMAN:**  I just want to put on the
2   record right now that if there are any objections,
3   that -- that should not count to our time of one
4   hour.  I don't know if there will be any objections,
5   but that's our position in that regard.  Is that
6   agreeable, Ms. McNamara?
7          **MS. MCNAMARA:**  I don't think that is a
8   normal course for a deposition.  Hopefully, there --
9   you will not cause the need of -- of -- of wordy
10  objections.  I will endeavor to make my objections
11  very concise, so it should not interfere with the
12  time.  But I don't think that should be a problem.
13         **MR. KLAYMAN:**  And I -- we'll -- we'll see
14  how it goes.  If necessary, I'll have to ask for
15  more time with the Court. I would hope that we would
16  also not make speaking objections, which is not
17  proper under litigation practice.  I would ask you
18  not to do that.  Okay?
19         **THE VIDEOGRAPHER:**  Okay.  The court
20  reporter will now swear in the witness.
21         **THE REPORTER:**  Thank you.  Mr. Baron
22  Cohen, can I please have you raise your right hand,
23  sir.
24         **THE DEPONENT:**  Yes.
25         **THE REPORTER:**  Thank you.  Do you solemnly

1  swear or affirm under the penalty of perjury that
2  you are Sacha Baron Cohen, and that the testimony
3  you're about to provide will be the truth, the whole
4  truth, and nothing but the truth?
5           **THE DEPONENT:**  I do.
6           **THE REPORTER:**  Thank you.
7  **SACHA NOAM BARON COHEN**, having been duly sworn, was
8  examined, and testified as follows:
9  **EXAMINATION**
10 **BY MR. KLAYMAN:**
11      Q.   **Please state your name. Please state your**
12 **full name.**
13      A.   I am Sacha Noam Baron Cohen.
14      Q.   **How is Noam spelled?**
15      A.   N for nobody, O for orange, A for anybody,
16 M for mother.
17      Q.   **You are aware that you're under oath.  Are**
18 **-- are you not Mr. Sacha Baron Cohen?**
19      A.   Yes, I am.
20      Q.   **Have you ever been deposed before?**
21      A.   I do not recall that I have been.
22      Q.   **Have you ever testified in a trial in**
23 **court?**
24      A.   Only on screen in a movie representation
25 of a courtroom.

```
 1  have done over the last 20 or so years has been a
 2  group effort -- not only a team of writers and
 3  producers, but to actually enact it, we have a team
 4  of excellent lawyers and business managers,
 5  accountants, and, obviously, the crew.  And --
 6  BY MR. KLAYMAN:
 7      Q.   So someone else came -- are you saying
 8  someone else came up with the concept first?
 9      A.   That is not what I said.
10           MR. KLAYMAN:  Certify this.  We didn't get
11  a response.
12  BY MR. KLAYMAN:
13      Q.   Now, you are the owner of La Quinta
14  Entertainment, LLC; correct?  Sole owner.
15      A.   Yes, I am.  To my knowledge.
16      Q.   You are the sole owner of Please You Can
17  Touch Me, LLC; correct?  Or Please You Can Touch,
18  LLC.
19      A.   For the record, it's "Please You Can
20  Touch."
21      Q.   Yes.
22      A.   Not "Please You Can Touch Me."
23      Q.   And you are the sole owner.
24      A.   Yes, I am.
25      Q.   And you are the sole owner of Greenpark
```



1  Television?

2      A.   Yes, I believe I am.

3      Q.   And you were the sole owner, while it was

4  in existence, of Yerushalayim TV; correct?

5      A.   Yes.  That is correct.

6      Q.   And you are the sole -- sole owner of

7  Front Line Strategies; correct?

8      A.   I have never heard of that company.

9      Q.   Okay.  Now, turning back to the Agreement,

10 Exhibit 1, Bates Number 17.

11     A.   What -- what -- what is -- what is -- if

12 you don't mind me asking, what is -- I know that you

13 are the lawyer, so what is Front Line Strategies?  I

14 -- I'm not aware of the existence of that.

15     Q.   We'll -- we'll get to that.  We'll get to

16 that. Turning back to Exhibit 1, Bates Number 17,

17 paragraph 1, "The participant agrees to be filmed

18 and audiotaped by the producer for a reality-style

19 television series.  It is understood that the

20 producer hopes to reach a young adult audience by

21 using entertainment content and format." Now,

22 looking down at the bottom of the Agreement, which

23 is signed by Yerushalayim TV, it does not say that

24 Yerushalayim TV is the producer; does it?

25          **MS. MCNAMARA:**  Objection.  I -- I instruct