# EXHIBIT 8




COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS





(800) 528-3335
NAEGELIUSA.COM

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROY STEWART MOORE, et al.,

    Plaintiffs,

v.                    Index No. 19 Civ. 4977 (ALC)

SACHA BARON COHEN, et al.,

    Defendants.
_____

**CONFIDENTIAL**

**REMOTE VIDEO DEPOSITION BY VIDEOCONFERENCE**

**TODD LEWIS SCHULMAN**

**TAKEN ON**
**THURSDAY, JANUARY 14, 2021**
**12:36 P.M.**

**LOS ANGELES, CALIFORNIA**

```
 1                        APPEARANCES
 2

 3  APPEARING ON BEHALF OF THE PLAINTIFFS:
 4  LARRY E. KLAYMAN, ESQUIRE (via video conference)
 5  Klayman Law Group PA
 6  2020 Pennsylvania Avenue Northwest, Suite 345
 7  Washington, D.C.  20006
 8  (310) 595-0800
 9  leklayman@gmail.com
10  leklayman@yahoo.com
11
12  MELISSA L. ISAAK, ESQUIRE (via video conference)
13  Isaak Law Firm
14  2815-B Zelda Road
15  Montgomery, AL  36106
16  (334) 262-8200
17  melissa@protectingmen.com
18
19
20
21
22
23
24
25
```

```
 1                    APPEARANCES CONTINUED
 2

 3  APPEARING ON BEHALF OF THE DEFENDANTS:
 4  ELIZABETH A. MCNAMARA, ESQUIRE (via video conference)
 5  RACHEL STROM, ESQUIRE (via video conference)
 6  Davis Wright Tremaine LLP
 7  1251 Avenue of the Americas, 21st Floor
 8  New York, NY  10020
 9  (212) 603-6437
10  (212) 489-8340 (Fax)
11  lizmcnamara@dwt.com
12
13  ERIC FEDER, ESQUIRE (via video conference)
14  Davis Wright Tremaine LLP
15  1301 K Street Northwest, Suite 500
16  Washington, D.C.  20005
17  (202) 973-4273
18  (202) 973-4473 (Fax)
19  ericfeder@dwt.com
20
21
22
23
24
25
```

```
 1                          INDEX
 2                                                  Page
 3
 4  EXAMINATION BY MR. KLAYMAN                       10
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1  CERTIFIED QUESTIONS
 2
 3  PAGE 12 LINE 24
 4      Q.   Was that a show where he would trick people
 5  interviews as he as in the recent past?
 6
 7  PAGE 31 LINE 23
 8      Q.   And that demand was just simply ignored,
 9
10  PAGE 32 LINE 7
11      Q.   Who at Showtime and CBS, if anyone, was
12  communicated with concerning whether the interview of
13  Moore would ultimately be aired after they were notified
14  that Judge Moore considered it to be defamatory?
15
16  PAGE 53 LINE 3
17      Q.   So that was a title that you used to lure
18  to be interviewed --
19
20  PAGE 53 LINE 23
21      Q.   In fact, branding Judge Moore as a pedophile
22  not branding him as a modern American icon, is it?
23
24
25
```

NAEGELI DEPOSITION & TRIAL   (800)528-3335   NAEGELIUSA.COM

```
 1  CERTIFIED QUESTIONS CONTINUED
 2
 3  PAGE 54 LINE 16
 4      Q.   In fact, branding Judge Moore as a pedophile
 5  not branding him as a modern American icon, is it?
 6
 7  PAGE 57 LINE 20
 8      Q.   Judge Roy Moore was the primary target of
 9  Baron Cohen on the show "Who Is America?", correct?
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        EXHIBITS
 2   Exhibit                                        Page
 3
 4      1      STANDARD CONSENT AGREEMENT             22
 5
 6      2      LLC ARTICLES OF ORGANIZATION           46
 7
 8      3      GREENPARK TV ARTICLES OF               47
 9             ORGANIZATION
10
11      4      EMAIL                                  50
12
13      5      EMAIL THREAD                           57
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CONFIDENTIAL
 2        REMOTE VIDEO DEPOSITION BY VIDEOCONFERENCE
 3                 TODD LEWIS SCHULMAN
 4                       TAKEN ON
 5               THURSDAY, JANUARY 14, 2021
 6                      12:36 P.M.
 7
 8         THE VIDEOGRAPHER:  We are on the record.
 9   The time is 12:36 p.m., Pacific Standard Time.  This
10   is the beginning of the deposition of Todd Schulman.
11   The case caption is Moore vs. Cohen. Will Counsel
12   please introduce yourselves and state who you
13   represent?
14         MR. KLAYMAN:  Larry Klayman.  I represent
15   Judge Roy Moore and his wife, Kayla Moore, the
16   Plaintiffs, and with me is Melissa Isaak, who is the
17   attorney who is of counsel to me and counsel to the
18   Moores.
19         MS. STROM:  Rachel Strom with Davis Wright
20   Tremaine.  I represent the Defendants, and in this
21   deposition I represent Todd Schulman, the deponent.
22   With me is Eric Feder, also of Davis Wright
23   Tremaine.
24         THE VIDEOGRAPHER:  All right.  The court
25   reporter will now swear in the witness.
```



```
 1            THE REPORTER:  All right, Counsel, and
 2   because this is being conducted remotely and this is
 3   a new witness, I do have to make my statement once
 4   again.  I'd just like to stipulate for the record
 5   the testimony will be -- and swearing in will be
 6   captured remotely by a professional digital reporter
 7   and all present agree to this method of preserving
 8   today's record.  The testimony will be transcribed
 9   and certified. Mr. Klayman, do you agree, sir?
10            MR. KLAYMAN:  Yes, I just want to confirm
11   that this is being videoed, as well as transcribed.
12            THE VIDEOGRAPHER:  Correct.
13            THE REPORTER:  That is correct, sir. And
14   Ms. Strom, do you agree, ma'am?
15            MS. STROM:  I do agree, thank you.
16            THE REPORTER:  And I'm assuming Ms. Isaak
17   and Feder, also, as well?
18            MR. FEDER:  Yes, sir.
19            THE REPORTER:  Thank you.
20            MR. KLAYMAN:  Mr. Schulman, will you
21   please state your full name?
22            MR. SCHULMAN:  Todd Lewis Schulman.
23            MR. KLAYMAN:  When were you born?
24            THE REPORTER:  I apologize, Counsel.  I
25   just realized that after the agreement I did not ask
```



1 the witness to raise his right hand.

2     **MR. KLAYMAN:** Oh, okay.

3     **THE REPORTER:** My mistake. Mr. Schulman,
4 could I please have you raise your right hand? Do
5 you solemnly swear or affirm, under the penalty of
6 perjury, that you are Todd Schulman and that the
7 testimony you're about to provide will be the truth,
8 the whole truth and nothing but the truth?

9     **THE WITNESS:** I do.

10     **THE REPORTER:** Thank you. You may
11 proceed, Counsel.

12 **TODD LEWIS SCHULMAN**, having been duly sworn, was
13 examined, and testified as follows:

14 **EXAMINATION**

15 **BY MR. KLAYMAN:**

16     Q. **Will you please state your full name?**

17     A. Todd Lewis Schulman.

18     Q. **When were you born, Mr. Schulman?**

19     A. March 26th, 1979.

20     Q. **Run us briefly through your educational**
21 **background from high school and up.**

22     A. I -- do you want me to tell you where I
23 went to school?

24     Q. **Yes. Where -- let's start with where were**
25 **you born?**



```
 1  answer.  That goes beyond the scope, calls for
 2  attorney-client privileged information and goes way
 3  beyond the scope of today's deposition.  Do not
 4  answer that, Todd.
 5          MR. KLAYMAN:  Certify it.
 6  BY MR. KLAYMAN:
 7      Q.  Who at Showtime and CBS, if anyone, was
 8  communicated with concerning whether the interview
 9  of Judge Moore would ultimately be aired after they
10  were notified that Judge Moore considered it to be
11  defamatory?
12          MS. STROM:  Objection.  This goes beyond
13  the scope of the deposition topics today.
14  BY MR. KLAYMAN:
15      Q.  You can respond.
16          MS. STROM:  Objection, don't answer, Todd.
17  This is beyond the scope.
18          MR. KLAYMAN:  All right, certify it.
19  BY MR. KLAYMAN:
20      Q.  Yerushalayim TV was owned by Greenpark
21  Television, correct?
22      A.  Correct.
23      Q.  And Greenpark Television was owned by La
24  Quinta Entertainment, LLC, correct?
25      A.  Correct.
```

1  Q. And La Quinta Entertainment, LLC was owned
2  by Please You Can Touch, LLC, correct?
3  A. Correct.
4  Q. And Sacha Baron Cohen is the owner of all
5  of those corporations?
6  A. Correct.
7  Q. Has Greenpark TV gone out of existence?
8  A. I do not know.
9  Q. Has La Quinta Entertainment, LLC gone out
10 of existence?
11 A. I do not know.
12 Q. Has Please You Can Touch, LLC gone out of
13 existence?
14 A. I do not know.
15 Q. Now, the reason why this chain of
16 corporate ownership was created was to try to
17 insulate Sacha Baron Cohen from personal liability
18 if he was ever sued, correct?
19      MS. STROM: Objection to the extent this
20 is getting into your attempt to prove a fraudulent
21 scheme or fraudulent intent, but Todd, to the extent
22 you can answer why these corporations were created,
23 you can do so if it's -- without getting into that
24 area of testimony.
25 A. I don't know if that's why these companies