

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax
lizmcnamara@dwt.com

February 8, 2021

**Via CM/ECF and Electronic Mail**

Hon. John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *Moore, et al v. Cohen, et al.*, **1:19-cv-4977-JPC**

Dear Judge Cronan:

      We represent Defendants Sacha Baron Cohen, Showtime Networks Inc. ("SNI"), and CBS Corporation n/k/a ViacomCBS Inc. ("ViacomCBS") (collectively, "Defendants") in the above-referenced case.  We write, pursuant to Rule 6.C of Your Honor's Individual Practices, to request that this Court hear oral argument in connection with Defendants' Motion for Summary Judgment filed concurrently herewith.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/ Elizabeth A. McNamara


cc:     Plaintiffs' counsel (via CM/ECF and email)

4811-8286-4347v.1 3940173-000105