# KLAYMAN LAW GROUP
A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.  2020 Pennsylvania Ave. N.W., #800  Tel: 561-558-5336

Washington, DC, 20006

Fax: 202-379-9289

February 23, 2021

**Via ECF and Email**

Hon. John P. Cronan
U.S. District Court for the Southern District of New York
500 pearl Street, Room 1320
New York, NY 10007                                    19-cv-4977
CronanNYSDChambers@nysd.uscourts.gov.

**Re:   Letter Motion For Extension of Time to File Response to Defendants' Motion for Summary Judgment**

Dear Judge Cronan

Plaintiffs Roy and Kayla Moore ("Plaintiffs") hereby respectfully request a 7-day extension of time to file a response to Defendants' Motion for Summary Judgment, until and including March 8, 2021. The reason for this request is the one of counsel for Plaintiffs' associates is just returning from paternity leave and the other is still recovering from COVID-19.

Counsel for Defendants has consented to this extension, on they grounds that they receive a commensurate extension of time to file their reply brief. Plaintiffs consent to this as well.

Respectfully,

Larry Klayman, Esq.
Counsel for Plaintiffs

cc:   Elizabeth McNamara, Esq.: lizmcnamara@dwt.com
      Rachel Strom, Esq.: RachelStrom@dwt.com
      Eric Feder, Esq.: EricFeder@dwt.com

      Counsel for Defendants

Plaintiffs' request is granted. Plaintiffs' response to Defendants' Motion for Summary Judgment is due March 8, 2021 and Defendants' reply is due by March 15, 2021.

SO ORDERED.

Date: February 23, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge