# EXHIBIT B

Subject: Re: FW: Activity in Case 1:19-cv-04977-ALC MOORE et al v. COHEN et al Order
Date: 6/26/2020 9:07 PM
From: "Larry Klayman" <klaymanlaw@gmail.com>
To: "Strom, Rachel" <RachelStrom@dwt.com>, "Elizabeth Mcnamara" <lizmcnamara@dwt.com>
Cc: "Larry Klayman" <klaymanlaw@gmail.com>, "Oliver Peer" <oliver.peerfw@gmail.com>, "Dina James" <daj142182@gmail.com>

**[EXTERNAL]**

Make my day!  Order not final and you both are low class!

Larry Klayman

On Fri, Jun 26, 2020, 5:33 PM Strom, Rachel <RachelStrom@dwt.com> wrote:

> Hi Larry,
>
> Not sure why the name calling, but the court rules in the SDNY would apply here pretty clearly.
>
> Thanks. Rachel
>
> **From:** Larry Klayman <klaymanlaw@gmail.com>
> **Sent:** Friday, June 26, 2020 8:32 PM
> **To:** Strom, Rachel <RachelStrom@dwt.com>
> **Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Dina James <daj142182@gmail.com>
> **Subject:** Re: FW: Activity in Case 1:19-cv-04977-ALC MOORE et al v. COHEN et al Order
>
> **[EXTERNAL]**
>
> The order is not final. I moved for rehearing. Do your homework! Thus not applicable at this time.
>
> If you and McNamara attempt to smear me again, I will respond accordingly.
>
> But not surprised you did not miss a beat. Low class at best, but totally predictable.

Larry

On Fri, Jun 26, 2020 at 5:13 PM Strom, Rachel <RachelStrom@dwt.com> wrote:

> Thank you Larry, appreciate it.
>
> I wanted to mention also that we heard about the D.C. Court of Appeals decision with your 90-day disbarment. The SDNY local rules (Local Rule 1.5(h)) requires that you provide the Clerk of the Court with a copy. I wanted to make sure you knew about the rule.
>
> Thanks. Rachel
>
> **From:** Larry Klayman <klaymanlaw@gmail.com>
> **Sent:** Friday, June 26, 2020 6:22 PM
> **To:** Strom, Rachel <RachelStrom@dwt.com>
> **Subject:** Re: FW: Activity in Case 1:19-cv-04977-ALC MOORE et al v. COHEN et al Order
>
> **[EXTERNAL]**
>
> ---
>
> Ok to move to those days
>
> On Fri, Jun 26, 2020, 1:31 PM Strom, Rachel <RachelStrom@dwt.com> wrote:
>
>> Hi Larry,
>>
>> Hope you are safe and well during this time.
>>
>> We have a conflict on the 30th and were hoping to move the conference to another time next week – Wednesday, Thursday or Friday. Could you let me know your availability so we can let the Court know?

Thank you.

Rachel

**Rachel Strom** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4069 | Fax: (212) 379-5244
Email: rachelstrom@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Friday, June 26, 2020 11:13 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-04977-ALC MOORE et al v. COHEN et al Order

**[EXTERNAL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 6/26/2020 at 11:12 AM EDT and filed on 6/26/2020

**Case Name:**          MOORE et al v. COHEN et al
**Case Number:**        1:19-cv-04977-ALC
**Filer:**
**Document Number:** 69

**Docket Text:**
**ORDER: The Court will conduct a telephone status conference in this action on**

**June 30, 2020 at 11:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above., Telephone Conference set for 6/30/2020 at 11:00 AM before Judge Andrew L. Carter Jr. (Signed by Judge Andrew L. Carter, Jr on 6/26/2020) (rj)**

**1:19-cv-04977-ALC Notice has been electronically mailed to:**

Elizabeth A. McNamara    lizmcnamara@dwt.com, NYCDocket@dwt.com, ShirleyWong@dwt.com

Larry E. Klayman    leklayman@gmail.com

Eric J. Feder    ericfeder@dwt.com

Lisa Beth Zycherman    lisazycherman@dwt.com

Larry Klayman    leklayman@gmail.com, daj142182@gmail.com, oliver.peerfw@gmail.com

**1:19-cv-04977-ALC Notice has been delivered by other means to:**

Rachel F. Strom
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/26/2020] [FileNumber=24194717-0] [0dc25055917608694a97ddf2e01472d0adf0d29b0870b3e12b390ac7c308d7b6fd 8a0a8f9969ae0c7fd5c9fb4cf8ed9a89cfce7cd0a4088951d87b13d401b855]]