```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
ROY STEWART MOORE and KAYLA MOORE,                    :
                                                      :
                     Plaintiffs,                      :
                                                      :         19 Civ. 4977 (JPC)
             -v-                                      :
                                                      :              ORDER
SACHA NOAM BARON COHEN et al.,                        :
                                                      :
                     Defendants.                      :
                                                      :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the two letters filed by Plaintiffs on April 7, 2021 requesting a telephonic status conference concerning Defendants' designation of Defendant Sacha Noam Baron Cohen's video deposition as confidential, Dkts. 130-131, and Defendants' response to this request filed on April 9, 2021, Dkt. 132.

The parties are directed to meet and confer on the confidentiality designation issue raised by Plaintiffs pursuant to Paragraph 13 of the Protective Order entered by the Court on December 22, 2020. Dkt. 104. The parties are ordered to file a joint status letter on April 16, 2021, notifying the Court whether this dispute has been resolved. In the event this issue has not been resolved by the parties, the Court will conduct a conference to address the issue.

Further, after receiving the parties' joint status letter on April 16, 2021, the Court will schedule a conference to discuss the other issues raised in Defendants' April 9, 2021 response letter, including Plaintiffs' counsel alleged violation of Local Civil Rule 1.5(h)(1) and his communications with Defendants' counsel. This conference likely will also address the confidentiality designation dispute in the event it is not resolved by the meet-and-confer process.

The Clerk of Court is respectfully directed to close the motions pending on Docket Numbers 130 and 131.

SO ORDERED.

Dated: April 12, 2021
      New York, New York

                                        JOHN P. CRONAN
                                      United States District Judge