# EXHIBIT 2

 **Gmail**     Oliver Peer <oliver.peerfw@gmail.com>

## Matter of Moore vs. Cohen // 35978-1

**Mark Nilson** <mark@naegeliusa.com>     Tue, Dec 29, 2020 at 7:03 AM
To: "OLIVER.PEERFW@GMAIL.COM" <OLIVER.PEERFW@gmail.com>, "LEKLAYMAN@YAHOO.COM" <LEKLAYMAN@yahoo.com>, "LEKLAYMAN@GMAIL.COM" <LEKLAYMAN@gmail.com>
Cc: Tom Hazelhurst <tom@naegeliusa.com>, Erich Demerath <erich@naegeliusa.com>, Vincent Guerrera <vincent@naegeliusa.com>, Michael Gilbert <michaelg@naegeliusa.com>

Naegeli Deposition and Trial is inviting you to the scheduled deposition on 1/13/21 at 9:00 am PST. The room will be opened at 8:30 am PST on the day of the deposition so that participants can log in and test their connection.

**Room Information:**

Link: https://naegeliusa.zoom.us/j/8600247946

Meeting ID: 860 024 7946

Call In: Dial by your location
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Washington D.C)
    +1 312 626 6799 US (Chicago)
    877 853 5247 US Toll-free
    888 788 0099 US Toll-free
Meeting ID: 860 024 7946

After joining with video, we recommend selecting the phone call tab when connecting your audio. When audio is connected by phone, internet instability is less likely to impact how you are heard.

If you need help getting connected to your Remote Video Conferencing deposition, please call the video department.

If there are any changes or questions, please contact us immediately.

NAEGELI is providing you with the highest standards of service in the entire nation. NAEGELI accepts this assignment subject to our Standard Terms and Conditions (included below) which are terms of a contract and apply to the services listed above as well as all other services ordered, including all appearances and transcript orders.

Each participant, who is accessing the deposition remotely, is fully responsible for all their remote videoconferencing fees and the test fee. You are hereby notified of your obligation under our terms and conditions, which are outlined below.

Yours in service,

Mark L. Nilson     **Mark L. Nilson | Media Coordinator**

4/16/2021 Gmail - Matter of Meotz vs. Cohen // 359716

Case 1:19-cv-04977-JPC   Document 134-2   Filed 04/16/21   Page 3 of 9

**NAEGELI Deposition and Trial**
Mark@NaegeliUSA.com | NaegeliUSA.com
111 SW Fifth Avenue, Suite 2020, Portland, OR 97204
**PORTLAND** (503) 227-1544 | **NATIONAL** (800) 528-3335
*Celebrating 40 Years of Excellence!*

   

---

CONFIDENTIALITY NOTICE: This electronic mail message and any attachments are confidential and intended only for the addressee. If you are not the intended recipient or believe you have received this message in error, please notify the sender immediately by email reply or telephone. Any disclosure, copying, further distribution or any action taken in reliance upon this transmission without the express permission of the sender is strictly prohibited.

Powerful Litigation Support Email Card

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE, et al

        Plaintiffs,

v.

SACHA BARON COHEN, et al

        Defendants.

Index No. 19 Civ. 4977 (ALC)

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of:

Deponent:    Sacha Baron Cohen

Dates:    January 13, 2020

Time:    9:00 A.M. Pacific

Place:    Any location of deponent's choice

upon oral examination before a Notary Public or other officer authorized by law to take depositions . The oral examination will occur in front a videographer and stenographer and will last for one hour. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under applicable Federal Rules of Civil Procedure.

**Dated**:  December 28 2020        Respectfully Submitted,

    /s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
7050 W. Palmetto Park Rd
Boca Raton FL 33433
(561) 558-5336

Email: leklayman@gmail.com

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on December 28, 2020.

*/s/ Larry Klayman*
Larry Klayman, Esq.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE, et al

        Plaintiffs,

v.

SACHA BARON COHEN, et al

        Defendants.

Index No. 19 Civ. 4977 (ALC)

### NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of:

Deponent:    Todd Schulman

Dates:    January 14, 2020

Time:    9:00 A.M. Pacific

Place:    Any location of deponent's choice

upon oral examination before a Notary Public or other officer authorized by law to take depositions. The oral examination will occur in front a videographer and stenographer. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under applicable Federal Rules of Civil Procedure.

**Dated**: December 28 2020          Respectfully Submitted,

    /s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
7050 W. Palmetto Park Rd
Boca Raton FL 33433
(561) 558-5336

Email: leklayman@gmail.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on December 28, 2020.

*/s/ Larry Klayman*
Larry Klayman, Esq.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY STEWART MOORE, et al

    Plaintiffs,

v.

SACHA BARON COHEN, et al

    Defendants.

Index No. 19 Civ. 4977 (ALC)

### NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of:

Deponent: Jenifer Wallis

Dates:  January 15, 2020

Time:  9:00 A.M. Pacific

Place:  Any location of deponent's choice

upon oral examination before a Notary Public or other officer authorized by law to take depositions. The oral examination will occur in front a videographer and stenographer. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under applicable Federal Rules of Civil Procedure.

**Dated**: December 28 2020        Respectfully Submitted,

              /s/ *Larry Klayman*
             Larry Klayman, Esq.
             KLAYMAN LAW GROUP P.A.
             7050 W. Palmetto Park Rd
             Boca Raton FL 33433
             (561) 558-5336

Email: leklayman@gmail.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on December 28, 2020.

*/s/ Larry Klayman*
Larry Klayman, Esq.