# KLAYMAN LAW GROUP
A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.  7050 W. Palmetto Park Road  Tel: 561-558-5336
Boca Raton, FL, 33433

April 19, 2021

**Via Email**

Hon. John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov.

**Re:**    *Moore, et al. v. Cohen, et al.*, 1:19-cv-4977-ALC

Dear Judge Cronan:

    Contrary to the implication of counsel for Defendants, the video of the deposition of Defendant Cohen has not been made public, although it should be made public by this Court since there is no valid or legal reason not to. The link to the video was only emailed to the Court and not put on the public docket.

Respectfully,

Larry Klayman, Esq.
Counsel for Plaintiffs

cc:    Elizabeth McNamara, Esq.: lizmcnamara@dwt.com
      Rachel Strom, Esq.: RachelStrom@dwt.com
      Eric Feder, Esq.: EricFeder@dwt.com

*Counsel for Defendants*

Chief Justice Roy Moore and Kayla Moore
Melissa Isaak, Esq.