UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROY STEWART MOORE and KAYLA MOORE,                                     :
                                                                       :
                          Plaintiffs,                                     :
                                                                       :      19 Civ. 4977 (JPC)
           -v-                                                         :
                                                                       :      ORDER
SACHA NOAM BARON COHEN et al.,                                         :
                                                                       :
                          Defendants.                                     :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of the parties' joint status report filed on April 16, 2021, Dkt. 134, which reflects that the parties were unable to resolve the issues raised by the parties' prior letters, Dkts. 130-132, and Plaintiffs' motion seeking recusal of the undersigned pursuant to 28 U.S.C. § 144, Dkt. 136.

        The parties are ordered to appear for a telephonic conference on May 6, 2021 at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties should be prepared to discuss the following issues at that conference:

(1)     The parties' dispute concerning Defendants' designation of Defendant Sacha Baron Cohen's ("Cohen") video deposition as confidential pursuant to the Protective Order entered in this action;

(2)     Plaintiffs' allegations that Defendants' counsel provided Defendant Cohen with answers during his deposition;

(3)     Plaintiffs' counsel alleged violation of Local Civil Rule 1.5(h)(1);

(4)     Plaintiffs' motion seeking recusal of the undersigned.

SO ORDERED.

Dated: April 28, 2021
       New York, New York
                                                      JOHN P. CRONAN
                                                      United States District Judge