# KLAYMAN LAW GROUP

A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.          7050 W. Palmetto Park Road          Tel: 561-558-5336
                              Boca Raton, FL, 33433

May 6, 2021

**Via ECF**

Hon. John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov.

**Re:**   *Moore, et al. v. Cohen, et al.*, **1:19-cv-4977-ALC**

Dear Judge Cronan:

    The undersigned counsel for Plaintiffs Roy Moore and Kayla Moore would like to sincerely apologize to the Court for missing the conference of today, May 6, 2021. The conference was inadvertently not marked up on the undersigned's calendar, so he was unaware that it was to occur today. The undersigned once again sincerely apologizes to the Court for this error.

    Respectfully,

    /s/ *Larry Klayman*
    Larry Klayman, Esq.
    Counsel for Plaintiffs

cc:   Elizabeth McNamara, Esq.: lizmcnamara@dwt.com
      Rachel Strom, Esq.: RachelStrom@dwt.com
      Eric Feder, Esq.: EricFeder@dwt.com

      *Counsel for Defendants*
      *Served via ECF*