UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ROY STEWART MOORE and KAYLA MOORE,

                Plaintiffs,

                                19 Civ. 4977 (JPC)
     -v-
                                  ORDER

SACHA NOAM BARON COHEN et al.,

                Defendants.
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On April 28, 2021, the Court ordered the parties in this action to appear for a telephone conference today, May 6, 2021, at 10:00 a.m. to resolve several pending disputes in this case. Dkt. 137. Plaintiffs' counsel failed to appear for this conference, but later in the day filed a letter apologizing for missing the conference and explaining that it was not properly calendared on his end. Dkt. 139. At the conference, the Court directed Defendants' counsel to send Chambers a link to the video of Sacha Noam Baron Cohen's deposition, which took place on January 13, 2021. The Court confirms receipt of the link and its ability to view the video. The video shall remain confidential pending the Court's decision on Plaintiffs' challenge to the video's confidentiality designation.

    It is further ordered that:

    (1) If Plaintiffs wish to file a reply to Defendants' opposition to Plaintiffs' motion to recuse and/or disqualify the undersigned, Dkt. 138, Plaintiffs shall file their reply by no later than May 10, 2021.

    (2) Plaintiffs' counsel shall file a letter by May 19, 2021, showing cause why the Court should not refer him to the Grievance Committee of this Court based on his failure to notify the

2

Court of disciplinary sanctions imposed on him in *In re Klayman*, 228 A.3d 713 (D.C. 2020) and *In re Klayman*, 991 F.3d 1389 (D.C. Cir. 2021), as required by Local Civil Rule 1.5(h).

SO ORDERED.

Dated: May 6, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge