# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY STEWART MOORE, et al<br><br>Plaintiffs,<br>v.<br><br>SACHA NOAM BARON COHEN, et al<br><br>Defendants. | Index No. 19 Civ. 4977 |

### ADDENDUM TO PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO RECUSE OR DISQUALIFY THE HONORABLE JOHN P. CRONAN UNDER 28 U.S.C. § 144.

Plaintiffs Chief Justice Roy Moore and his wife Kayla Moore respectfully request that, pursuant to 28 U.S.C. § 144, that this case shall proceed no further with the Honorable John Cronan, and be transferred back to the Honorable Andrew Carter, to whom this case was initially randomly assigned.

**Dated**: May 11, 2021                                        Respectfully Submitted,

  /s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
2020 Pennsylvania Ave NW # 800
Washington, D.C. 20006
(561) 558-5536
Email: leklayman@gmail.com

*Counsel for Plaintiffs*

Melissa Isaak, Esq.
2815-B Zelda Road
Montgomery, AL 36106
(334) 262-8200
Email: Melissa@protectingmen.com

1

2

*Of Counsel (Pro Hac Vice to be Filed)*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on May 11, 2021.

/s/ Larry Klayman
Larry Klayman, Esq.