UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ROY STEWART MOORE and KAYLA MOORE,

                    Plaintiffs,

              -v-

SACHA NOAM BARON COHEN et al.,

                    Defendants.
------------------------------------------------------------------X

19 Civ. 4977 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      The parties are ordered to appear for a telephonic conference on June 10, 2021, at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties should be prepared to discuss the issues noted in the Court's April 28, 2021 Order. *See* Dkt. 137.

      SO ORDERED.

Dated: June 3, 2021
       New York, New York

                                        _____
                                          JOHN P. CRONAN
                                      United States District Judge