```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROY STEWART MOORE and KAYLA MOORE,                               :
                                                                 :
                        Plaintiffs,                              :
                                                                 :          19 Civ. 4977 (JPC)
          -v-                                                    :
                                                                 :                ORDER
SACHA NOAM BARON COHEN et al.,                                   :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For reasons mentioned at the June 10, 2021 conference, the Court issues the following rulings:

(1) The Court denies Plaintiffs' request for an evidentiary hearing and relief based on their allegations that Defendant Cohen was provided answers during his deposition;

(2) The Court finds that the video of Cohen's deposition is not covered by the Protective Order in this action, Dkt. 104, and Defendants have failed to establish good cause under Federal Rule of Civil Procedure 26(c) for a separate protective order;

(3) The Court will not refer Mr. Klayman to the Grievance Committee;

(4) Plaintiffs' motion for the undersigned's recusal under 28 U.S.C. § 144 is denied.

The Clerk of Court is respectfully directed to close the motion pending on Docket Number 136.

SO ORDERED.

Dated:  June 10, 2021
        New York, New York                              _____
                                                              JOHN P. CRONAN
                                                        United States District Judge